**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| **TIRRA ELLIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 5:07-cv-01600-UWC |
| | ) |
| **PALISADES COLLECTION, LLC,** | ) |
| *et al.,* | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S**
**NOTICE OF SETTLEMENT**

Defendant Equifax Information Services, LLC ("Equifax") hereby gives notice that it has reached a settlement with Plaintiff in the above-styled case.

/s/  Jay Murrill  _____
Jay Murrill
Miller, Hamilton, Snider, and Odom LLC
505 20th Street North; Ste. 500
Birmingham, Alabama 35203
Telephone:  205.226.5200
Fax:  205.226.5226
E-mail:  jaymurrill@mhsolaw.com

*Counsel for Defendant Equifax Information Services, LLC*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic filing this 22nd day of January, 2008, to:

John G Watts
THE WATTS LAW GROUP, PC
15 Office Park Circle, Suite 206
P.O. Box 531168
Birmingham, AL 35253

M Stan Herring, Jr.
M STAN HERRING PC
201 Avon Place
700 29th Street South
Birmingham, AL 35233

L Jackson Young, Jr.
Neal D Moore, III
FERGUSON FROST & DODSON LLP
2500 Acton Road, Suite 200
PO Box 430189
Birmingham, AL 35243-0189

Davina ShaRik Carson
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002

A Kelly Brennan
BALCH & BINGHAM LLP
PO Box 306
Birmingham, AL 35201-0306

                                            /s/ Jay Murrill _
                                            OF COUNSEL