FILED
2008 Mar-24  PM 02:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TIRRA ELLIS, | ) |
| PLAINTIFF, | ) |
| V. | ) CASE NO: CV-07-C-1600-NE |
| PALISADES COLLECTION, LLC, ET AL., | ) |
| DEFENDANTS. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff Tirra Ellis and Defendant Palisades Collection, LLC, by and through their respective counsel, and hereby stipulate this Honorable Court may dismiss with prejudice the Complaint and all of Plaintiff's claims against Palisades in this matter, with costs taxed as paid.

Submitted this the 2 4 day of March, 2008.

_____
John G. Watts, Esq.
*Attorney for Plaintiff*

OF COUNSEL:
WATTS LAW GROUP, P.C.
201 Avon Place
700 29th Street South
Birmingham, Alabama 35233

_____
L. Jackson Young, Jr., Esq.
*Attorney for Defendant Palisades Collection, LLC*

OF COUNSEL:
FERGUSON, FROST & DODSON
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

1