FILED
2008 Mar-26  AM 11:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **TIRRA ELLIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **5:07-cv-1600-UWC** |
| **PALISADES COLLECTION, LLC** ) | |
| **and EXPERIAN INFORMATION** ) | |
| **SOLUTIONS INC.,** ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

Consistent with Joint Stipulation of Dismissal filed by the parties, this action is hereby DISMISSED, with prejudice.

Cost taxed as paid.

Done this 25th day of March, 2008.



U.W. Clemon
United States District Judge